Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIGN COLLECTION, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZULILY, INC., et al,<br><br>Defendants. | Case No.: CV-18-07566 RGK (PJWx)<br>*Honorable R. Gary Klausner Presiding*<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION** |

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is dismissed with prejudice; and,
2. Each party is to bear its own costs and fees as incurred against one another.

SO ORDERED.

Date: July 12, 2019          By:  *Gary Klausner*
                                  HON. R. GARY KLAUSNER
                                  U.S. DISTRICT COURT JUDGE